UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ARAB-AMERICAN CIVIL RIGHTS LEAGUE, ET AL.,

    Plaintiffs,                        Case No. 24-cv-12613
                                          Hon. Brandy R. McMillion

v.

UNITED STATES SECRETARY OF STATE, ET AL.,

    Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                          s/Brandy R. McMillion
                                          BRANDY R. MCMILLION
                                          UNITED STATES DISTRICT JUDGE

Dated:  December 2, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 2, 2024, by electronic means and/or ordinary mail.

                                          s/L. Hosking
                                          Case Manager